AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| TIMOTHY GRECO, MD, JAY CONSTANTINE, DAVID GIBBONS, AUGUSTUS J MANDRACCHIA, SR., RON BATTAGLIA, PATRICK BATTAGLIA, DAVID MELLE, WILLIAM J DONOVAN, PATRICIA CARCAREY, STEVE CARCAREY, JOSEPH GRECO, PHILIP BRUNOZZI, JOSEPH KOYE, WILLIAM L KRZEMIEN, JR, DEBORAH SPINOSA, BLAKE CHRISTOPH, THOMAS PAPPAS, FRANK CAIKOWSKI, JOHN CAIKOWSKI, ROBERT GRAY, DON ZAJICK, RACHAEL ZAJICK, STUART SPINKS, WHITNEY SPINKS, STEVE SPINKS <br> *Plaintiff(s)* <br><br> v. <br><br> PEOPLE'S REPUBLIC OF CHINA, CHINESE COMMUNIST PARTY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   20-cv-2235 |

## SUMMONS IN A CIVIL ACTION

To: PEOPLE'S REPUBLIC OF CHINA
c/o Foreign Minister Wang Yi
Ministry of Foreign Affairs
Southeast Corner of Chao Yang Gate
East Second Ring Rd.
Beijing
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CHARLES D. MANDRACCHIA
MANDRACCHIA & MCWHIRK, LLC
2024 CRESSMAN ROAD
P.O. BOX 1229
SKIPPACK, PA 19474

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   5/12/2020

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

s/ *Tom Dempsey*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    20-2235

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc: