AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

TIMOTHY GRECO, MD, JAY CONSTANTINE, DAVID GIBBONS, AUGUSTUS J MANDRACCHIA, SR., RON BATTAGLIA, PATRICK BATTAGLIA, DAVID MELLE, WILLIAM J DONOVAN, PATRICIA CARCAREY, STEVE CARCAREY, JOSEPH GRECO, PHILIP BRUNOZZI, JOSEPH KOYE, WILLIAM L KRZEMIEN, JR, DEBORAH SPINOSA, BLAKE CHRISTOPH, THOMAS PAPPAS, FRANK CAIKOWSKI, JOHN CAIKOWSKI, ROBERT GRAY, DON ZAJICK, RACHAEL ZAJICK, STUART SPINKS, WHITNEY SPINKS, STEVE SPINKS

*Plaintiff(s)*

v.

PEOPLE'S REPUBLIC OF CHINA, CHINESE COMMUNIST PARTY

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.     20-cv-2235

民事訴訟傳票

To:

中華人民共和國
外交部長王毅
朝陽門內東南角
東二環路
北京
中華人民共和國

已對您提起訴訟。

在您收到本次傳票後的21天內（不算重新收到的日期），或者如果您是美國或美國代理機構，或者是Fed中所述的美國僱員則為60天。R.文明P。12（a）（2）或（3）．您必須根據《聯邦民事訴訟規則》第12條，將原告的答复或動議送達原告。答复或動議必須送達原告或原告的律師，其姓名和地址為：

查爾斯·曼德拉基亞
曼德拉基亞法律有限責任公司
芭普斯曼路2024號
郵局 Box 1229
Slippack, 賓夕法尼亞州19474

如果您沒有回應，則默認情況下將對您做出判決，以尋求投訴中的救濟。您還必須向法院提出答复或動議。



CLERK OF COURT

Date:       5/12/2020

s/Tom Dempsey

*Signature of Clerk or Deputy Clerk*

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.        20-2235

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                           *Server's signature*

                                   _____
                                         *Printed name and title*

                                   _____
                                          *Server's address*

Additional information regarding attempted service, etc: