AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| TIMOTHY GRECO, MD, JAY CONSTANTINE, DAVID GIBBONS, AUGUSTUS J MANDRACCHIA, SR., RON BATTAGLIA, PATRICK BATTAGLIA, DAVID MELLE, WILLIAM J DONOVAN, PATRICIA CARCAREY, STEVE CARCAREY, JOSEPH GRECO, PHILIP BRUNOZZI, JOSEPH KOYE, WILLIAM L KRZEMIEN, JR, DEBORAH SPINOSA, BLAKE CHRISTOPH, THOMAS PAPPAS, FRANK CAIKOWSKI, JOHN CAIKOWSKI, ROBERT GRAY, DON ZAJICK, RACHAEL ZAJICK, STUART SPINKS, WHITNEY SPINKS, STEVE SPINKS | ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) ) | Civil Action No.   20-cv-2235 |
| PEOPLE'S REPUBLIC OF CHINA, CHINESE COMMUNIST PARTY | ) ) | |
| *Defendant(s)* | | |

民事訴訟傳票

To: 
中共
勤增廳
中南海
西城區
北京
中華人民共和國

已對您提起訴訟。

在您收到本次傳票後的21天內(不算重新收到的日期),或者如果您是美國或美國代理機構,或者是Fed中所述的美國僱員,則為60天。R. 文明 P. 12(a)(2)或(3)-您必須根據《聯邦民事訴訟規則》第12條,將原告的答复或動議送達原告。答复或動議必須送達原告或原告的律師,其姓名和地址為:

查爾斯·曼德拉基亞
曼德拉基亞法律有限責任公司
克雷斯曼路2024號
郵局 Box 1229
Slippack, 賓夕法尼亞州19474

如果您沒有回應,則默認情況下將對您做出判決,以尋求投訴中的救濟。您還必須向法院提出答复或動議。



*CLERK OF COURT*

Date:   5/12/2020            s/ *Tom Dempsey*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-2235

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: