```
ORIGIN ID:PNEA  (610) 584-0700              SHIP DATE: 26JUN20
Maria Martin                                 ACTWGT: 0.90 LB
                                             CAD: 114479659/INET4220
2024 Cressman Road
Second Floor
Skippack, PA 19474                           BILL SENDER
UNITED STATES, US                            EIN/VAT:

TO                                           6105840700
  Chinese Communist Party                    FedEx
  174 Chang'an Avenue                              Express
  Xicheng District
  BEIJING,  100032                           (CN)     E
  CHINA, CN

                                             AWB
                                             X4 AOGA
                                             PKG:ENV

TRK# 7708 1404 1302    Form 0430

AM
INTL PRIORITY

REF:
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)
```

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

```
COUNTRY MFG: US                  SIGN: Maria Martin
CARRIAGE VALUE: 0.00 USD         T/C: S 159381153
CUSTOMS VALUE: 1.00 USD          D/T: R
```

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.