# MANDRACCHIA LAW, LLC.

ATTORNEYS AT LAW

2024 Cressman Road, Second Floor
P. O. Box 1229
Skippack, PA 19474-1229
telephone: 610.584.0700      fax 610.584.0507

CHARLES D. MANDRACCHIA*
JEFFREY W. SODERBERG

direct email: jsoderberg@mmattorneys.com

*member of Pennsylvania and New Jersey Bar

May 12, 2021

*Via FEDEX*
Clerk's Office
Room 2609, Second Floor
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Attn: Ms. Nicole Durso, Interim Operations Manager

**RE:   Timothy Greco M.D., et al. v. People's Republic of China, et al., United States District Court for the Eastern District of Pennsylvania, No. 20-2235**

Dear Ms. Durso:

Enclosed is a FedEx Envelope with enclosed documents, which is addressed to the Secretary of State in Washington, DC. This document package is for dispatch and service by the clerk of court under 28 U.S.C. Section 1608 (a)(4) to the United States Secretary of State in Washington, DC, to be transmitted by the Secretary through diplomatic channels to each of the Defendants in the above referenced matter: the People's Republic of China (two copies of summons and complaint and notice of suit, and translation of these documents into Chinese) and the Chinese Communist Party (two copies of summons and complaint and notice of suit, and translation of these documents into Chinese).

If you have any questions or need any additional information, please contact me.

Thank you very much for your attention to this matter.

Very truly yours,
MANDRACCHIA LAW, LLC

By: _____
Jeffrey W. Soderberg, Esquire